Steven E. TARPLEY, Plaintiff-Appellant,

v.

Stephen T. MOYER, Interim Secretary, Department of Public Safety & Correctional Services; Warden Bobby P. Shearin; Frank B. Bishop, Jr.; Richard S. Miller, Acting Warden of North Branch Correctional Facility; Carroll A. Parrish; J. Michael Stouffer; Wendell M. France, Acting Deputy Secretary of Operations; Sgt. Brian W. Custer; Sgt. Leah A. Youngblood; C.O. II Zachery D. Gentzler; C.O. II Cory A. Dolley; Lt. Bradley A. Wilt; C.O. II Nicholas J. Soltas; C.O. Major Ronald R. Stottler; C.O. Major Robert M. Friend; Richard S. Roderick, Correctional Case Management Manager; C.O. II Steven J. Miller, Jr.; Sgt. Walter E. Iser, Jr., Defendants-Appellees.

No. 16-7363

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Steven E. Tarpley, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven E. Tarpley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tarpley v. Moyer*, No. 1:15-cv-01132-GLR, 2016 WL 5144487 (D. Md. Sept. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*